IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 11-cv-02790-MSK

BACTERIN INTERNATIONAL, INC., a Nevada corporation,

      Plaintiff,

v.

PATRICK T. KLINGLER; and
TISSUE TRANSPLANT TECHNOLOGY, LTD., a/k/a Bone Bank Allographs, a/k/a Bonetec,

      Defendants.

---

### ORDER REMANDING CASE

---

THIS MATTER comes before the Court *sua sponte*.

The Plaintiff commenced this action in the Douglas County District Court.  Plaintiff's original Complaint asserted claims for misappropriation of trade secrets, deceptive trade practices, and interference with prospective business advantage against Defendant.  In its Complaint, the Plaintiff did not request any particular monetary relief.  In the Notice of Removal, the Defendants assert that this Court can exercise jurisdiction based upon diversity pursuant to 28 U.S.C.§ 1332.  Neither the Complaint nor the Notice of Removal state specific facts demonstrating the requisite amount in controversy for diversity jurisdiction.

In accordance with the analysis set forth in *Baker v. Sears Holding Corp.*, 557 F. Supp. 2d 1208 (D. Colo. 2007), there has been an insufficient showing of the requisite amount in controversy to establish diversity jurisdiction.  Accordingly, the action must be remanded to the State Court.  *See* 28 U.S.C. § 1447(c).

**IT IS THEREFORE ORDERED** that this action is **REMANDED** to the Douglas

County District Court.

DATED this 1st day of November, 2011.

**BY THE COURT:**

Marcia S. Krieger
United States District Judge